BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MICHELLE BAZU (CABN 266964)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3740
   Fax: (510) 637-3724
   E-Mail: michelle.bazu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00438 HSG |
| Plaintiff, | **STIPULATION AND ORDER SEEKING CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JUSTIN VIERRA | |
| Defendant. | |

    The parties hereby request that the status hearing date of March 27, 2017, presently scheduled at 2:00 p.m. before the Honorable Haywood S. Gilliam, be vacated and the matter be reset for April 17, 2017.

    The government recently produced additional discovery to the defense. The government is also conducting a factual investigation, the results of which may affect the positions of the parties with respect to resolution of the case. The requested continuance is sought under the Speedy Trial Act. The parties agree and stipulate that the time until April 17, 2017 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and (B)(iv), because the ends of justice served by the granting of the continuance

STIPULATION AND [~~PROPOSED~~] ORDER
CR 16-00438 HSG

outweigh the bests interests of the public and the defendant in a speedy and public trial.  The continuance is necessary to accommodate counsel's preparation efforts.

DATED:  March 23, 2017

                                              Respectfully submitted,

                                              BRIAN J. STRETCH
                                              United States Attorney

    /s /                                  /s/
JOHN PAUL REICHMUTH         MICHELLE BAZU
Attorney for Defendant             Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from March 23, 2017 until April 17, 2017 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation, research, and review are necessary to defense counsel's preparation in this case.

2. Additional time is needed for effective preparation of counsel.

Based on these findings, it is hereby

ORDERED that time be excluded under the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A) from March 23, 2017 until April 17, 2017.  Further, it is

//

//

//

1      ORDERED that the STATUS date of March 27, 2017 presently scheduled at 2:00 p.m., before
2  the Honorable Haywood S. Gilliam, be vacated and re-set for April 17, 2017 at 2:00 p.m.
3      IT IS SO ORDERED.

DATED: March 24, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge